## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Todd Greenleaf, | : |
| Plaintiff, | : Case No. 2:09CV-192 |
| v. | : Judge Marbley |
| DTG Operations, Inc., | : Magistrate Judge Abel |
| Defendant. | : |

### STIPULATION AND ENTRY OF DISMISSAL

The parties do hereby stipulate and agree that the above-captioned matter has been settled and should be dismissed, with prejudice, against all defendants. The parties will each bear their respective costs in this action and the Court may enter an Order accordingly.

**IT IS SO ORDERED.**

_____
JUDGE ALGENON L. MARBLEY

/s/ Adam P. Richards
Rex H. Elliott            (0054054)
Adam P. Richards     (0085335)
Cooper & Elliott, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)

Attorneys for Plaintiff
Todd Greenleaf

/s/ John E. Phillips, Jr.
John E. Phillips, Jr.   (0823155)
Olivia Z. Weisman     (0051742)
Phelps Dunbar LLP
100 South Ashley Drive
Suite 1900
Tampa, Florida 33602-5311

Attorneys for Defendant
DTG Operations, Inc.